IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN A. RUSSO,

          Plaintiff,

  v.

JOEL DICHTER, et al.,

          Defendants.

_____/

No. C 09-01608 MEJ

**SECOND ORDER FOR PARTIES TO FILE CONSENT/DECLINATION**

**ORDER CONTINUING HEARING RE DKT ## 6,7**

On April 30, 2009, the Court ordered the parties in the above-captioned matter to consent to Magistrate Judge James' jurisdiction or request reassignment to a United States District Judge for trial. (Dkt. #13.)  The deadline for filing the consent or declination was May 14, 2009.  To date, only Plaintiff has filed a consent in response to the Court's order.  As there are motions pending in this case, it is imperative that the Court have the consent of all parties to proceed before the undersigned magistrate judge or a request for reassignment.  Accordingly, the Court hereby ORDERS all Defendants to file their consent or declination by June 4, 2009.  A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/.  From the homepage, click on the "Forms" tab on the left margin, then choose "Civil."  **Plaintiff shall serve a copy of this Order upon all Defendants by May 26, 2009.**

Further, as the hearing on Defendants' pending motions (Dkt. ## 6, 7) should not take place prior to resolution of the consent issue, the Court hereby CONTINUES the hearing to June 18, 2009 at 10:00 a.m. in Courtroom B.  The briefing schedule shall not be altered by this Order.

    **IT IS SO ORDERED.**

Dated: May 21, 2009

_____
MARIA-ELENA JAMES
United States Magistrate Judge

**United States District Court**
For the Northern District of California