IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN A. RUSSO,

        Plaintiff,

  v.

JOEL DICHTER, et al.,

        Defendants.
_____/

No. C 09-01608 MEJ

**AMENDED ORDER CONTINUING HEARING RE DKT ## 6,8**

On May 21, 2009, the Court continued the hearing on Defendants' pending motions (Dkt. ## 6, 8) to June 18, 2009. Due to Plaintiff's counsel's unavailability on June 18 (Dkt. #17), the hearing shall take place on June 25, 2009 at 10:00 a.m. in Courtroom B. The briefing schedule shall not be altered by this Order. Plaintiff shall serve this amended order upon all defendants.

**IT IS SO ORDERED.**

Dated: May 21, 2009

_____
MARIA-ELENA JAMES
United States Magistrate Judge