```
 1 │ BRUCE W. BLAKELY (State Bar #106832)
   │ FLAXMAN & BLAKELY
 2 │ Shelterpoint Business Center
   │ 591 Redwood Highway, Suite 2275
 3 │ Mill Valley, CA 94941
   │ Telephone (415) 381-6650
 4 │ Facsimile (415) 381-4301
 5 │ Attorneys for Plaintiff JOHN A. RUSSO
 6 │ D. ALEXANDER FLOUM (State Bar # 155287)
   │ THE WILLIAMS FIRM
 7 │ 1850 Mt. Diablo Blvd., Suite 340
   │ Walnut Creek, CA 94596
 8 │ Telephone (925) 933-9800
   │ Facsimile (856) 933-9810
 9 │
   │ Attorneys for Defendants DOMAIN DELUXE and
10 │ NAMEVIEW, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| JOHN A. RUSSO<br><br>  Plaintiff,<br><br>  vs.<br><br>JOEL DICHTER, KATHRYN DIEMER, DIEMER, WHITMAN & CARDOSI LLP, INTERCOSMOS MEDIA GROUP, INC., dba DIRECTNIC.COM, DOMAIN DELUXE, NAMEVIEW, INC. and DOES 1-20, inclusive<br><br>  Defendant | Case No.: No. CV 09 1608-MEJ<br><br>STIPULATION TO EXTEND TIME FOR INITIAL RESPONSE TO COMPLAINT (LOCAL RULE 6.1 (A) |

Plaintiff JOHN RUSSO and defendants DOMAIN DELUXE and NAMEVIEW, INC., by and through their respective counsel, hereby stipulate that defendants DOMAIN DELUXE and NAMEVIEW, INC., shall have to and including 10 days after service of the order issued by the court deciding the motions to be heard in this matter on June 25, 2009 to respond to the complaint. Said response shall be

STIPULATION TO EXTEND TIME FOR INITIAL RESPONSE TO COMPLAINT (LOCAL RULE 6.1 (A)

- 1 -

1  filed in the court in which this matter is to proceed following the court's ruling on the motions to be heard
2  on June 25, 2009, which are plaintiff's motion to remand the case to the Marin County Superior Court
3  and defendant Joel Dichter's motion to change venue to the Southern District of New York.  This
4  stipulation is made pursuant to Northern District of California Local Rule 6.1(a).

5  IT IS SO STIPULATED.

6  Dated: 6/2, 2009        THE WILLIAMS FIRM

8                          By:_____
9                          D. Alexander Floum, Esq., Attorneys for
                           Defendants, DOMAIN DELUXE and
                           NAMEVIEW, INC.,.

11
12  Dated: 6-2, 2009        FLAXMAN & BLAKELY

14                          By:_____
                            Bruce Blakely, Attorneys for
                            Plaintiff, JOHN RUSSO