1  BRUCE W. BLAKELY (State Bar #106832)
   FLAXMAN & BLAKELY
2  Shelterpoint Business Center
   591 Redwood Highway, Suite 2275
3  Mill Valley, CA 94941
   Telephone (415) 381-6650
4  Facsimile (415) 381-4301

5  Attorneys for Plaintiff JOHN A. RUSSO

6  D. ALEXANDER FLOUM (State Bar # 155287)
   THE WILLIAMS FIRM
7  1850 Mt. Diablo Blvd., Suite 340
   Walnut Creek, CA 94596
8  Telephone (925) 933-9800
   Facsimile (856) 933-9810
9

   Attorneys for Defendants DOMAIN DELUXE and
10 NAMEVIEW, INC.

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                          (SAN FRANCISCO)
14

15 | JOHN A. RUSSO                              | Case No.: No. CV 09 1608-MEJ |
16 |         Plaintiff,                         | STIPULATION TO EXTEND TIME FOR |
   |                                            | INITIAL RESPONSE TO COMPLAINT |
17 |   vs.                                      | (LOCAL RULE 6.1 (A)) |
18 | JOEL DICHTER, KATHRYN DIEMER, DIEMER,      |  |
   | WHITMAN & CARDOSI LLP, INTERCOSMOS         |  |
19 | MEDIA GROUP, INC., dba DIRECTNIC.COM,      |  |
   | DOMAIN DELUXE, NAMEVIEW, INC. and          |  |
20 | DOES 1-20, inclusive                       |  |
21 |         Defendant                          |  |

22

23      Plaintiff JOHN RUSSO and defendants DOMAIN DELUXE and NAMEVIEW, INC., by and

24 through their respective counsel, hereby stipulate that defendants DOMAIN DELUXE and NAMEVIEW,

25 INC., shall have to and including 10 days after service of the order issued by the court deciding the

motions to be heard in this matter on June 25, 2009 to respond to the complaint. Said response shall be

STIPULATION TO EXTEND TIME FOR INITIAL RESPONSE TO COMPLAINT (LOCAL RULE 6.1 (A))
- 1 -

filed in the court in which this matter is to proceed following the court's ruling on the motions to be heard on June 25, 2009, which are plaintiff's motion to remand the case to the Marin County Superior Court and defendant Joel Dichter's motion to change venue to the Southern District of New York. This stipulation is made pursuant to Northern District of California Local Rule 6.1(a).

IT IS SO STIPULATED.

Dated: 6/2, 2009

THE WILLIAMS FIRM

By: _____
D. Alexander Floum, Esq., Attorneys for Defendants, DOMAIN DELUXE and NAMEVIEW, INC..

Dated: 6-2, 2009

FLAXMAN & BLAKELY

By: _____
Bruce Blakely, Attorneys for Plaintiff, JOHN RUSSO

Dated: June 5, 2009

**GRANTED**
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA