| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |

JOHN A. RUSSO

    Plaintiff(s),                            No. 09-01608 MEJ

    v.                                  **NOTICE OF CONTINUANCE**

JOEL DICHTER

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that the Case Management Conference scheduled for July 23, 2009 at 10:00 a.m. is VACATED. The Court shall reschedule the cmc, if necessary, after ruling on the pending motions to transfer and remand.

Dated: June 22, 2009

                                              _____
                                              Brenda Tolbert, Courtroom Deputy to
                                              Maria-Elena James,
                                              United States Magistrate Judge