BRUCE W. BLAKELY [SBN 106832]
FLAXMAN & BLAKELY
Shelterpoint Business Center
591 Redwood Highway, Suite 2275
Mill Valley, CA 94941
Telephone:    (415) 381-6650
Facsimile:     (415) 381-4301

Attorney for Plaintiff
John A. Russo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. RUSSO, <br><br> Plaintiff, <br><br> vs. <br><br> JOEL DICHTER, KATHRYN S. DIEMER, aka KATIE DIEMER, DIEMER, WHITMAN & CARDOSI, LLP, INTERCOSMOS MEDIA GROUP, INC., dba DIRECTNIC.COM, DOMAIN DELUXE, NAMEVIEW, INC., and DOES 1-20, <br><br> Defendants. | CASE NO.: CV 09-1608 MEJ <br><br> **ORDER UPON STIPULATION** |

Based upon the foregoing stipulation, it is ordered that the hearing on plaintiff's Motion to Remand and defendant Dichter's Motion to Transfer shall be continued to ~~July 16,~~ August 6 2009.

IT IS SO ORDERED.

Dated: June 25, 2009

_____
U.S. District Court Magistrate Judge

**ORDER UPON STIPULATION**

1